### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No.: 2:19-MJ-154-AC |
| **RICARDO SAUCEDA MONTOYA** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: Ricardo Sauceda Montoya

Detained at      Santa Clara County Main Jail

Detainee is:      a.)   ☒ charged in this district by:   ☐ Indictment  ☐ Information  ☒ Complaint
                          charging detainee with:   a violation of 21 U.S.C. §§ 846, 841(a)(1).

         or      b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings
         or      b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                          is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                    */s/ James R. Conolly*
Printed Name & Phone No:      James R. Conolly, AUSA. Tel: 916.554.2705
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as ANY FEDERAL AGENT for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    2/21/2020                          /s/ Carolyn K. Delaney
                                             Honorable Carolyn K. Delaney
                                             U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s)                                                    ☒Male   ☐Female
Booking or CDC #:   PFN: DUF202  CEN: 20003529            DOB:   1989██████
Facility Address:   150 West Hedding Street, San Jose, CA  Race:
Facility Phone:     (408) 299-2306                        FBI#:
Currently

## RETURN OF SERVICE

Executed on:    _____        _____
                                                  (signature)