HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICARDO SAUCEDA MONTOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO SAUCEDA MONTOYA,<br><br>Defendant. | No. Cr. S 20-88 KJM 1<br><br>**REQUEST FOR EXPEDITED BRIEFING SCHEDULE; ORDER**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable KIMBERLY J. MUELLER |

Defendant, RICARDO SAUCEDA MONTOYA, by and through his attorney, Assistant Federal Defender David M. Porter, respectfully requests the Court enter the order lodged herewith expediting the briefing schedule in the above-entitled matter. On February 16, 2024, Mr. Montoya filed an 8-page motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the federal sentencing guidelines. If the Court grants the motion, Mr. Montoya will be eligible for immediate release. We propose a briefing schedule whereby the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

government's response to the motion will be due on or before March 1, 2024, and the defendant's optional reply will be due on or before March 8, 2024.*

Dated:  February 16, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Defendant
RICARDO SAUCEDA MONTOYA

---

* A proposed stipulated resolution was sent to the government on January 17, 2024, which the government declined on February 7, 2024.  The undersigned has been informed by counsel for the government, Assistant U.S. Attorney Shelley D. Weger, that Assistant U.S. Attorney James Connolly will be handling the opposition to the motion in consultation with her, and they oppose an expedited briefing schedule.

## ORDER

Having considered Mr. Montoya's request and the government's opposition, and good cause appearing, the briefing schedule on the motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 is as follows:

Government's response is due on or before March 1, 2024; and

Defendant's optional reply is due on or before March 8, 2024.

IT IS SO ORDERED.

Dated:  February 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE