HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICARDO SAUCEDA MONTOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO SAUCEDA MONTOYA,<br><br>　　　　　Defendant. | No. Cr. S 20-88 KJM 1<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE** |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's four-page Reply to Government's Opposition to Defendant's Motion to Reduce Sentence, and the defendant's Request to Seal shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's reply brief serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. In light of the public filing of its request to seal, the Court further
/////

finds that there are no additional alternatives to sealing the defendant's reply brief that would adequately protect the compelling interests identified by the defendant.

Dated: March 13, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE